UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VEPO DESIGN CORPORATION, a California Corporation; EMILIA KEUSHKERIAN, an individual; and OVANES KERIAN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN ECONOMY INSURANCE COMPANY & DOES 1-50,<br><br>Defendant. | Case No. 2:20-CV-04950-MWE-JEM<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER**<br><br>Assigned to Hon. Michael W Fitzgerald<br>Courtroom:     5A<br><br>Complaint Filed:  May 4, 2020<br>Trial Date:          November 8, 2022 |

## ORDER

Having reviewed the foregoing proposed Stipulated Protective Order, and for good cause shown, the Court hereby makes the Stipulated Protective Order an Order of the Court.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 7/30/21

*John E. McDermott*
HON. JOHN E. McDERMOTT
United States Magistrate Court

<u>PROOF OF SERVICE</u>

**Vepo Design Corporation, et al. v. American E conomy Insurance Company**
**2:20-cv-04950-MWF-JEM**

<u>STATE OF CALIFORNIA, COUNTY OF ORANGE</u>

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Orange, State of California.  My business address is 650 Town Center Drive, 10th Floor, Costa Mesa, CA 92626-1993.

On July 30, 2021, I served true copies of the following document(s) described as **[PROPOSED] ORDER RE STIPULATED PROTECTIVE ORDER** on the interested parties in this action as follows:

| | |
|---|---|
| Kevin M. Pollak<br>Melisa A. Rosadim<br>ROBINS CLOUD LLP<br>808 Wilshire Blvd., Ste. 450<br>Santa Monica, CA 90401<br>Telephone:  (310) 929-4200<br>Facsimile:  (310) 566-5900<br>Email:        kpollack@robinscloud.com<br>                  mrosadim@robinscloud.com<br>                  smarcil@robinscloud.com<br>                  skhersonskv@robinscloud.com | *ATTORNEYS FOR PLAINTIFFS*<br>Vepo Design Corporation, Emilia Keushkerian and Ovanes Kerian |

☒     **BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 30, 2021, at Costa Mesa, California.

　　　　　　　　　　　　　　　　　　　　*/s/ Laurie Palmer*
　　　　　　　　　　　　　　　　　　　　Laurie Palmer

Case No. 2:20-CV-04950-MWE-JEM

SMRH:4842-4034-2004.1